UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAVIGATORS INSURANCE COMPANY,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-266-T-26TBM

MARKEL AMERICAN INSURANCE
COMPANY, and ELTON PORTER
MARINE INSURANCE COMPANY,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motions to Tax Costs (Dkts. 115 and 116) are denied as unnecessary inasmuch as Defendants have filed proposed Bills of Costs as part of their submissions. Plaintiff has fourteen (14) days to file a response in opposition before the Clerk is authorized to tax costs against Plaintiff, subject to review by the Court on motion served within seven (7) days of the Clerk's action. See Historical Notes to 2009 Amendments to Fed.R.Civ.P. 54(d)(1).

**DONE AND ORDERED** at Tampa, Florida, on May 27, 2011.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record